IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| E-WATCH, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 9:05-CV-95 |
| v. | § | |
| | § | |
| MARCH NETWORKS CORP., | § | JUDGE RON CLARK |
| | § | |
| *Defendant*. | § | |

## ORDER OF DISMISSAL FOR LACK OF JURISDICTION

The parties have informed the Court that the entity that initiated this suit, E-Watch, Inc., a Texas corporation, did not own the patents at the time of the filing of suit and did not thereafter become the owner of the patents in suit.

It therefore appears that under the authority of *Summit Office Park, Inc. v. U.S. Steel Corp.*, 639 F.2d 1278 (5th Cir. 1981), this action is due to be dismissed for lack of jurisdiction.

IT IS THEREFORE ORDERED that this Civil Action No. 9:05-CV-95 is hereby **DISMISSED** for lack of jurisdiction.

So **ORDERED** and **SIGNED** this **8** day of **February, 2006.**

_____
Ron Clark, United States District Judge